UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANNIS CONROL WOODS,

    Petitioner,

v.                                             Case No. 5:10-cv-523-Oc-23TGW

SECRETARY, DEPT. OF CORRECTIONS., et al.,

    Respondents.
_____/

## ORDER OF DISMISSAL

Woods files a "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody" (Doc. 1), which challenges a 2002 state court judgment and conviction. Woods' previously challenged the same judgment and conviction in Woods v. Sec'y, 5:09-cv-356-WTH, and that petition remains pending.

Pursuant to 28 U.S.C. § 2244(b)(3)(A), the appellate court must grant permission to file a second or successive petition for writ of habeas corpus. Because Woods fails to demonstrate that the appellate court granted permission to file a second or successive petition, no jurisdiction exists to entertain this second petition. Spivey v. State Board of Pardons and Paroles, 279 F.3d 1301, 1303 (11th Cir. 2002).

Accordingly, the petition (Doc. 1) is **DISMISSED**.  The Clerk shall enter judgment dismissing the petition as second or successive, terminate any pending motion, and close the file.

ORDERED in Tampa, Florida, on October 14, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE